1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
8                                AT SEATTLE

9

10   PHYLLIS HARVEY-BUSCHEL, an           Case No:
     individual,
11                                         **COMPLAINT FOR DAMAGES**
                        Plaintiff,
12                                         **JURY DEMAND**
          vs.
13
     UNIVERSITY OF WASHINGTON, STATE
14   OF WASHINGTON,

15                      Defendant.

16

17        Plaintiff Phyllis Harvey-Buschel ("Plaintiff") alleges against Defendant University of

18   Washington, State of Washington ("Defendant") as follows:

19                        **I.  JURISDICTION AND VENUE**

20        1.      This action arises from an employment relationship between Plaintiff and

21   Defendant.  Plaintiff alleges claims based on violations of the Washington Law Against

22   Discrimination ("WLAD") and Title VII of the Civil Rights Act of 1964 ("Title VII").

23        2.      This Court has subject matter jurisdiction over Plaintiff's federal law claims

24   pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Plaintiff's state law claims

25   pursuant to 28 U.S.C. § 1367.

26

COMPLAINT FOR DAMAGES – Page 1

1    3.    Venue is proper in the Western District of Washington because the events and

2    transactions giving rise to Plaintiff's claims took place in the Western District of Washington.

3    4.    Plaintiff submitted a Washington State Tort Claim pursuant to RCW 4.92.100

4    on around February 24, 2020.  Plaintiff also submitted her claims to the U.S. Equal

5    Employment Opportunity Commission (EEOC).  On around November 23, 2020, Plaintiff

6    received a Right to Sue letter from the EEOC.

7                                    **II.  PARTIES**

8    5.    Plaintiff Phyllis Harvey-Buschel ("Plaintiff" or "Dr. Harvey-Buschel") is a

9    resident of King County, Washington.

10   6.    Defendant University of Washington, State of Washington is an "employer"

11   with the requisite number of employees to be subject to the WLAD and Title VII.

12                           **III.  FACTUAL BACKGROUND**

13   7.    Plaintiff is an accomplished professional with broad experience in scientific

14   research, curriculum development, classroom instruction, administration, and management.

15   She has a Doctorate in Educational Leadership and two Masters Degrees.  She is over 50

16   years old, a Jamaican and U.S. national, Black and female.

17   8.    Plaintiff was hired in 2009 as a Continuing Education Coordinator for the

18   Washington State Mathematics, Engineering and Science Achievement ("MESA") program

19   by James Dorsey, MESA's then Executive Director.  MESA existed since 1982 and was

20   housed in the UW College of Engineering.  MESA was moved to the UW Office of Minority

21   Affairs and Diversity ("OMA&D") in 2008.

22   9.    Plaintiff was uniquely qualified for the position she was hired for by Mr.

23   Dorsey.  For ten years, she performed exemplary work for which she was recognized as a

24   leader in her field both in and outside the university.  The MESA team, led by Mr. Dorsey,

25   was awarded the Distinguished Staff Award, UW's highest staff honor, in 2017.  In May

26

COMPLAINT FOR DAMAGES – Page 2

**MBE LAW GROUP PLLC**
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742

1    2019, just months before her termination, Dr. Harvey-Buschel was elected by her peers to a 3-

2    year term on the Board of Directors of UW's Professional Staff Organization.

3            10.      During her employment with Defendant, Dr. Harvey-Buschel often performed

4    necessary and uncompensated work outside of her official job duties.  She made numerous

5    attempts to advocate for increased compensation and an accurate job description with the

6    support of her supervisor, Mr. Dorsey.  Despite their efforts, by the time Mr. Dorsey left

7    MESA in the summer of 2018, Plaintiff remained at the same compensation and job title.

8            11.      OMAD Associate Vice President Patricia Loera and Vice President Rickey

9    Hall, were openly opposed to Plaintiff's requests for increased compensation and an accurate

10   job description.   Ms. Loera said that Plaintiff was already the highest paid MESA employee

11   and she would not recommend any position change for her.  Mr. Hall told Plaintiff that the

12   MESA program could become bankrupt if she was back paid correctly for the years she

13   worked outside her job classification.  Mr. Hall stated that all the senior MESA employees

14   would be "pressured out" because they were paid too much.  During a staff meeting, Mr. Hall

15   also told Plaintiff that he thinks that Jamaicans are not passionate about their work but rude

16   and aggressive.  He went on to recount a negative experience he had when he visited Jamaica.

17           12.      In the fall of 2018, Plaintiff increased her efforts to obtain increased

18   compensation and an accurate job description, this time with the support of the interim

19   Executive Director, Lucy Casale.  On October 17, 2018, Plaintiff sent an email to Jan Kendle

20   in Human Resources reporting discrimination.  Plaintiff wrote:

21           We started the job reclassification process 3 years ago. I am still waiting for an
     update in this time.  I am now including the University Human resource
22           department since I have run out of options in the OMAD Unit….

23           For everyone else this process takes only a few weeks. The previous Executive
     Director for this unit James Dorsey has requested this change from your office on
24           several occasions. All of this requests, I have tracked in my emails. I have been
     redirected many times by your office as is evident in your last email below. This
25           process has been discriminatory and unfair to me and it is becoming increasingly
     clear that the practices and procedures in this unit seem to be applied selectively to
26           individuals.

COMPLAINT FOR DAMAGES – Page 3

MBE LAW GROUP PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742

1    13.    On November 1, 2018, Ms. Kendle of Human Resources notified Dr. Harvey-

2  Buschel, Ms. Casale, and Ms. Loera that Plaintiff could work with her supervisor, Ms. Casale,

3  to submit the Position Review request.  Ms. Kendle also confirmed that the process "normally

4  takes 2-3 weeks."  However, Ms. Loera unilaterally delayed Plaintiff's Position Review for

5  another three months until MESA had a new Executive Director.

6    14.    In February 2019, Dr. Gregory King was hired as the new Executive Director

7  of MESA and became Plaintiff's supervisor.  Dr. King was directed by Mr. Hall and Ms.

8  Loera to submit Plaintiff's Position Review during the same time period they were planning

9  on how to eliminate her role.

10    15.    From February 2019 to November 2019, Plaintiff was subjected to verbal

11  attacks, public humiliation, adverse change in job responsibilities, and social isolation by Dr.

12  King.  Dr. King expressed his bias against older female workers stating that data she collected

13  to meet Legislative requirements was "outdated and useless" and that he would focus on

14  getting someone who was "savvy" in responding to his data needs.  To her colleagues, he

15  referred to Dr. Harvey-Buschel's as having "outdated attitudes" and not being ready for

16  meetings that she was in fact prepared for.  He constantly asked her for information that he

17  already had, targeted her for one-on-one coaching, treated her as a recalcitrant child, cancelled

18  meetings, refused to communicate with her directly, accused her of being aggressive, unfairly

19  disparaged her professionalism to their supervisors, and otherwise harassed her.

20    16.    In March 2019, Dr. King started an altercation with Plaintiff regarding her

21  Position Review.  Both Dr. King and Dr. Harvey-Buschel immediately reported harassment,

22  but only Dr. King's complaints were taken seriously.  Dr. King continued to unfairly and

23  inaccurately represent Plaintiff to Human Resources as being insubordinate and refusing to

24  perform work.

25    17.    Plaintiff reported harassment and discrimination by Dr. King several more

26  times but his conduct continued until she was terminated.  In June 2019, Plaintiff again

COMPLAINT FOR DAMAGES – Page 4

MBE LAW GROUP PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742

1  reported harassment and discrimination by Dr. King based on age, gender and/or national

2  origin to Human Resources and through the University Complaint Investigation and

3  Resolution Office.  In August 2019, Plaintiff, along with two other employees over the age of

4  50, complained of age discrimination against them by Dr. King.

5     18.    In October 2019, Plaintiff and two other employees over the age of 50 were

6  terminated and replaced by two individuals aged 48 and 30 years old.  The purported reason

7  for Plaintiff's termination was a reorganization that eliminated four positions and created four

8  new positions.  Financial savings was not a supporting rationale for the reorganization.

9     19.    Being so near retirement age, Plaintiff elected early retirement in order to

10  preserve her retirement benefits.  This made her ineligible to apply for any of the four new

11  positions.

## IV.  CLAIMS

### FIRST CAUSE OF ACTION
### (Retaliation under Title VII and WLAD)

20.    Plaintiff re-alleges and hereby incorporates paragraphs 1 through 19 above.

21.    Plaintiff opposed what she reasonably believed to be discrimination and

harassment based on age, gender and/or national origin.

22.    Defendant retaliated against Plaintiff after she reported discrimination and

harassment multiple times from October 2018 to her termination in October 2019.

23.    The above facts give rise to a claim against Defendant for retaliation in

violation of the Title VII and WLAD.

### SECOND CAUSE OF ACTION
### (Wrongful Termination in Violation of Public Policy)

24.    Plaintiff re-alleges and hereby incorporates paragraphs 1 through 23 above.

25.    The above facts give rise to a claim against Defendant for the tort of wrongful

termination in violation of public policy under Washington state law.  Washington has a clear

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COMPLAINT FOR DAMAGES – Page 5

MBE LAW GROUP PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742

1  public policy against retaliation and discrimination in employment.  As described above,

2  Plaintiff was terminated for retaliatory reasons.

3       26.    Washington also has a clear public policy that employees should be able to

4  inquire about fair compensation and working conditions.  Plaintiff's questions and complaints

5  about her compensation and job description were a substantial factor in her termination,

6  which constitutes a violation of this public policy.

7  **THIRD CAUSE OF ACTION**
**(Hostile Work Environment under Title VII and the WLAD)**

8

9       27.    Plaintiff re-alleges and hereby incorporates paragraphs 1 through 26 above.

10       28.    Plaintiff was subjected to unwelcome conduct by her supervisor Dr. Gregory

11  King which was sufficiently severe or pervasive to alter the conditions of employment and

12  create an abusive working environment.

13       29.    Dr. King's harassment of Plaintiff resulted in tangible employment actions

14  being taken against Plaintiff, including Plaintiff being terminated from her position.

15       30.    The above facts give rise to a claim against Defendant for harassment and

16  hostile work environment in violation of Title VII and the WLAD.

17  **FOURTH CAUSE OF ACTION**
**(Disparate Treatment under Title VII and WLAD)**

18       31.    Plaintiff re-alleges and hereby incorporates paragraphs 1 through 30 above.

19       32.    Defendant took adverse employment actions against Plaintiff due to her age,

20  gender and/or national origin.

21       33.    The above facts give rise to a claim against Defendant for disparate treatment

22  in violation of Title VII the WLAD.

23  **FIFTH CAUSE OF ACTION**
**(Violation of Age Discrimination in Employment Act)**

24

25       34.    Plaintiff re-alleges and hereby incorporates paragraphs 1 through 33 above.

26

COMPLAINT FOR DAMAGES – Page 6

MBE LAW GROUP PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742

35.     Defendant took adverse employment actions against Plaintiff due to her age. Plaintiff was qualified for her position and was replaced by a younger individual.

36.     The above facts give rise to a claim against Defendant for violation of the Age Discrimination in Employment Act.

## V.  DAMAGES

37.     Plaintiff re-alleges and hereby incorporates paragraphs 1 through 36 above.

38.     As a direct result of Defendant's unlawful actions, Plaintiff has suffered damages, including but not limited to lost wages and benefits and mental and emotional distress, all in amounts to be determined at trial.

## VI.  DEMAND FOR JURY

39.     Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

## VII.  PRAYER FOR RELIEF

WHEREFORE Plaintiff prays that the Court enter judgment against Defendant for the following:

a.     Damages for back pay, front pay, and lost benefits in an amount to be determined at trial;

b.     Damages for emotional harm in an amount to be determined at trial;

c.     Prejudgment interest;

d.     Compensation for the tax consequences associated with a damages award;

e.     Attorneys' fees and costs pursuant to any applicable statutes; and

f.     Any further and additional relief that the court deems just and equitable.

DATED this 3rd day of December, 2020.

MBE LAW GROUP PLLC

By: _s/ Margaret Pak Enslow_
By: _s/ Lisa Burke_

Margaret Pak Enslow, WSBA No. 38982

COMPLAINT FOR DAMAGES – Page 7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lisa Burke, WSBA No. 42859
MBE Law Group PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel: (206) 400-7722
Fax: (206) 400-7742
Email: margaret@mbelg.com
Email: lburke@mbelg.com

Attorneys for Plaintiff Dr. Phyllis Harvey-Buschel

COMPLAINT FOR DAMAGES – Page 8