UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHYLLIS HARVEY-BUSCHEL, an individual,

    Plaintiff,

vs.

UNIVERSITY OF WASHINGTON, STATE OF WASHINGTON,

    Defendant.

Case No: 2:20-cv-01775-RSL

**ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**

**ORDER**

This matter came before the Court upon the parties' Stipulation (Dkt. 7) and the Court, being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff is granted leave to file her Second Amended Complaint;

2. Within fourteen (14) days of the filing of this Order, Plaintiff must file and serve the amended pleading on all parties.

Dated this 5th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER – Page 1

MBE LAW GROUP PLLC
1700 Seventh Ave., Suite 2100, PMB 574
Seattle, Washington 98101
Tel. (206) 400-7722
Fax. (206) 400-7742