UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYLLIS HARVEY-BUSCHEL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-CV-01775-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE** |

### STIPULATION

Whereas, on September 16, 2021, Plaintiff requested a deposition date for University of Washington witness Mindy Kornberg;

Whereas, on September 22, 2021, Defendant informed Plaintiff that Ms. Kornberg was available on December 1, 2021, a date before the December 5, 2021 discovery cut-off deadline, for her deposition;

Whereas on September 23, 2021, Defendant informed Plaintiff that Ms. Kornberg was actually unavailable for her deposition from November 22 to December 3, 2021;

Whereas, lead defense counsel was unavailable in November due to a four-week jury trial in another matter;

1  Whereas, on October 25, 2021, Defendant proposed December 10, 2021, a date after the
2  discovery cut off, to conduct Ms. Kornberg's deposition; and
3  Whereas, on November 8, 2021, Plaintiff noted the deposition for Mindy Kornberg to occur
4  on December 10, 2021.
5  THE PARTIES HEREBY AGREE AND REQUEST the Court's permission to allow the
6  deposition of Ms. Kornberg to occur on December 10, 2021 after the discovery cut-off deadline.

| MBE LAW GROUP PLLC | SUMMIT LAW GROUP, PLLC |
|---|---|
| By: *s/Margaret Pak Enslow (with permission)*<br>Lisa A. Burke. WSBA #42859<br>Margaret Pak Enslow, WSBA #38982<br>MBE LAW GROUP PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>(206) 400-7722<br>lburke@mbelg.com<br>margaret@mbelg.com<br>*Attorneys for Plaintiff* | By: *s/Seth J. Berntsen*<br>Seth J. Berntsen, WSBA #30379<br>Hathaway Burden, WSBA #52970<br>SUMMIT LAW GROUP, PLLC<br>315 Fifth Avenue S., Suite 1000<br>Seattle, WA 98104<br>(206) 676-7000<br>SethB@summitlaw.com<br>HathawayB@summitlaw.com<br>*Attorneys for Defendant* |

**ORDER**

Based on the foregoing Stipulation of the Parties, it is hereby ORDERED that the deposition of Mindy Kornberg may be taken after the discovery cut-off for good cause shown herein.

IT IS SO ORDERED

Dated this 7th day of December, 2021.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Court Judge