UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHYLLIS HARVEY-BUSCHEL,

    Plaintiff,

vs.

UNIVERSITY OF WASHINGTON,

    Defendant.

NO. C20-1775RSL

ORDER APPOINTING U.S. MAGISTRATE JUDGE S. KATE VAUGHAN AS SETTLEMENT JUDGE

    The Court has appointed U.S. Magistrate Judge S. Kate Vaughan to act as settlement judge in this matter. Judge Vaughan's In-Court Deputy, Stephanie Prather will be in contact with counsel to schedule.

    DATED this 9th day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING U.S. MAGISTRATE JUDGE S. KATE VAUGHAN AS SETTLEMENT JUDGE