UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYLLIS HARVEY-BUSCHEL,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>      Defendant. | CASE NO. 2:20-cv-01775-RSL<br><br>ORDER DENYING MOTION TO CONTINUE TRIAL |

  This matter comes before the Court on "Defendant's Motion to Continue Trial Date." Dkt. # 94. Having reviewed the memoranda, declarations, and exhibits submitted by the parties,[1] as well as the remainder of the record, the Court finds as follows:

  The motion is DENIED. The trial date in this matter was set long before the University chose, and counsel accepted, substitute representation in the *Ellis* matter. Plaintiff need not bear the burden of a scheduling conflict of defendant's own making.

---

[1] Plaintiff's inclusion of confidential settlement communications, while not necessarily improper under Fed. R. Ev. 408, was in support of an ill-judged argument, namely that the Court should exercise its discretion to punish a party for seeking to litigate, rather than settle, a claim. The Court has not considered the communications. If plaintiff intends to use or refer to confidential settlement communications at trial, she shall first raise the issue with the Court during a recess.

ORDER DENYING MOTION TO CONTINUE TRIAL - 1

This case will be tried efficiently and as scheduled starting on April 3, 2023. Chambers staff will contact the parties to schedule a pretrial conference in early March.

Dated this 22nd day of February, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO CONTINUE TRIAL - 2