UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYLLIS HARVEY-BUSCHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | Case No. 2:20-cv-01775-RSL<br><br>VERDICT FORM |

WE, THE JURY, make the following answers to the questions submitted by the Court:

**Question No. 1**

Did plaintiff prove by a preponderance of the evidence her Equal Pay and Opportunity Act claim against defendant?

    Yes _____     No __X__

Please proceed to Question No. 2.

VERDICT FORM - 1

**Question No. 2**

    Did plaintiff prove by a preponderance of the evidence her wrongful termination in violation of public policy claim against defendant?

    Yes _____   No __X__

Please proceed to Question No. 3.

**Question No. 3**

    Did plaintiff prove by a preponderance of the evidence her age discrimination claim against defendant?

    Yes _____   No __X__

Please proceed to Question No. 4.

**Question No. 4**

    Did plaintiff prove by a preponderance of the evidence her harassment on the basis of age claim against defendant?

    Yes _____   No __X__

If your answer to any of the preceding questions was "Yes," please proceed to Question No. 5. If your answers to all of the preceding questions were "No," please sign and return this verdict form.

VERDICT FORM - 2

**Question No. 5**

State the amount of damages, if any, that you award the plaintiff as compensation for her injuries:

$_____

Please proceed to Question No. 6.

**Question No. 6**

Did defendant prove by a preponderance of the evidence that plaintiff failed to use reasonable efforts to mitigate her damages?

Yes _____    No _____

If your answer to Question No. 6 is "Yes," please proceed to Question No. 7. If your answer to Question No. 6 is "No," please sign and return this verdict form.

**Question No. 7**

By what amount are plaintiff's damages to be reduced for failure to mitigate?

$_____

Please sign and return this verdict form.

DATED this 11th day of April, 2023.

_____
Presiding Juror

VERDICT FORM - 3